UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID ROSENKRANCE, Field Manager, Challis Field Office; and BUREAU OF LAND MANAGEMENT,<br><br>    Defendants. | Case No. 4:09-CV-298-EJL<br><br>**JUDGMENT** |

Based on the Court's Memorandum Opinion and Order, entered herewith, and the

Court being fully advised in the premises,

**IT IS ORDERED, ADJUDGED AND DECREED** that

1. Plaintiff Western Watershed Project's Motion for Summary Judgment (Dkt. No. 18) is **GRANTED**.

2. Defendants David Rosenkrance and the Bureau of Land Management's Cross Motion for Summary Judgment (Dkt. No. 26) is **DENIED**.

3. Defendants David Rosenkrance and the Bureau of Land Management's Motion to Supplement the Record (Dkt. No. 25) is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendants' grazing decisions following the provisions as described in Environmental Assessment #ID-330-2007-3268 are **VACATED**. In the interest of equity, grazing may continue consistent with the terms and conditions of the grazing permits bearing authorization numbers 1102588, 1104031, 1104047, and 1101840 until January 5, 2012; in no event shall grazing contemplated in Environmental Assessment #ID-330-2007-3268 occur after that date, unless such grazing is pursuant to other validly issued permits or a further extension of the deadline is extended by order of the Court. No range improvements contemplated in Environmental Assessment #ID-330-2007-3268 shall be made, including those improvements begun, but not yet completed.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendants shall make every effort to protect bull trout and bull trout habitat on the Rock Creek Allotment from livestock grazing that occurs in accordance with this order. In crafting bull trout protection measures, Defendants shall incorporate any information that resulted from recent surveys, studies, and consultation with other agencies.

DATED: January 5, 2011

*Edward J. Lodge*

~~Honor~~able Edward J. Lodge
U. S. District Judge